IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:   March 12, 2014 |
| Court Reporter:       Gwen Daniel | Probation: Michelle Means |
| | Interpreter: Susana Cahill |

_____

| | |
|---|---|
| Criminal Action No.  13-cr-00072-WJM | _Counsel:_ |
| UNITED STATES OF AMERICA, | James Boma |
| Plaintiff, | |
| v. | |
| 1.   LUIS VALDEZ-COTA,<br>       a/k/a "Saul Cicneros,"<br>       a/k/a "Leonardo Rojo-Payan," | Peter Menges |
| Defendant. | |

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

02:06 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Sentencing Statement by Mr. Boma

Sentencing Statement by Mr. Menges

1

**ORDERED:** **The Government's Motion For Defendant To Receive The Third Level For Acceptance Of Responsibility Under U.S.S.G. §3E1.1(b) [99] is GRANTED.**

**ORDERED:** **The Government's Motion For Sentencing Reduction Under The Provisions Of § 5K1.1, U.S. Sentencing Guidelines, But Not Also Under Title 18, United States Code, Section 3553(e) [170] is GRANTED.**

Defendant's Allocution

> Defendant plead guilty to Counts One, Two and Three of the Indictment on September 16, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Luis Valdez-Cota, also known as Saul Cicneros, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 165 months on each count to be served concurrently.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of five years on each count to be served concurrently.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because it is likely that the defendant will be removed from this country at the conclusion of his custodial sentence.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED: Special Conditions of Supervised Release:**

1. **If not removed from this country, the defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

2. **If the defendant is deported, he shall not thereafter re-enter the United States illegally.   If the defendant re-enters the United States legally, he shall report to the nearest United States probation office within 72 hours of his return.**

**The defendant shall pay a Special Assessment of $300.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the Special Assessment**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

02:30 p.m.    Court in Recess
              Hearing Concluded
              Time: 24 minutes